UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00084 |
| | ) | JUDGE CAMPBELL |
| WAYNE A. GOODLOE | ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Petition (Docket No. 103) alleging violations of Defendant's Conditions of Supervision. Through the Motion, the Probation Department has indicated that there have been no additional violations of the Conditions of Release. Accordingly, the Petition (Docket No. 95) is DISMISSED and the hearing scheduled for February 14, 2014 is CANCELLED.

Defendant shall remain on all previously imposed Conditions of Supervision.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE