PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Wayne A. Goodloe     Case Number: 3:02-00084-02

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: October 28, 2002

Original Offense: 21 U.S.C. § 846 Conspiracy to Distribute 50 Grams or More of Cocaine Base

Original Sentence: 120 months' custody and five years' supervised release

Type of Supervision: Supervised release     Date Supervision Commenced: February 8, 2010

Assistant U.S. Attorney: Hal McDonough     Defense Attorney: C. Douglas Thoresen

---

The Court orders:

     ☒ No Action Necessary at this Time
     ☐ Submit a Request for Modifying the Condition or Term of Supervision
     ☐ Submit a Request for Warrant or Summons
     ☐ Other

Considered this 9 day of April, 2014,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place     Nashville

Date     April 9, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** On February 22, 2014, Mr. Goodloe was issued a citation for Possession of a Controlled Substance - Schedule I, in Davidson County, Tennessee. |
| | When questioned by the probation officer in regards to the citation, Mr. Goodloe reported being pulled over by law enforcement for parking illegally in a handicapped parking spot. The police officers asked to search his vehicle. Mr. Goodloe reported he was told they found a substance referred to as a "molly" but would not let him see it. Mr. Goodloe reported he didn't know what a "molly" was but was cited for possession due to it being in his vehicle. He appeared to be booked for the citation on March 14, 2014 and on March 28, 2014, the charge was dismissed in Davidson County General Sessions Court. |

**Compliance with Supervision Conditions and Prior Interventions:**
Wayne E. Goodloe is employed and lives with his great-aunt in Nashville, Tennessee. Mr. Goodloe began his term of supervised release on February 8, 2010, and his supervision is due to terminate February 7, 2015.

A report was submitted to the Court on May 13, 2013, regarding Mr. Goodloe's positive drug tests on May 2 and May 7, 2013. He was given a verbal reprimand and re-instructed to not use any controlled substances or be in possession of illegal drugs. The Court ordered no action on May 20, 2013.

Following his positive drug tests for cocaine and marijuana, on May 20, 2013, Mr. Goodloe was referred to Centerstone Mental Health in Madison, Tennessee, for a substance abuse assessment and his random drug testing was increased.

A petition was submitted to the Court on July 16, 2103, regarding Mr. Goodloe's continued use of marijuana and leaving the Middle District of Tennessee without permission from the Court or probation officer. The Court ordered the issuance of summons on July 16, 2013, and Mr. Goodloe was ordered to appear at the U.S. Marshal's Office on or before July 31, 2013. Mr. Goodloe appeared on his summons on July 31, 2013, and was released to the same conditions of supervised release, pending his revocation hearing. A superseding petition was submitted to the Court on August 12, 2013, regarding Mr. Goodloe's additional positive drug tests for marijuana. Mr. Goodloe's revocation hearing was held on August 14, 2013. He pled guilty to violating the conditions of his supervised release and the Court agreed to continue the hearing for six months. Mr. Goodloe's final revocation hearing was to be held on February 14, 2014. Prior to the hearing, the Court dismissed the petition after being notified by Assistant U.S. Attorney Hal McDonough, and the probation office, that Mr. Goodloe had incurred no further violations during the six month period. He was ordered to remain on all previously imposed conditions of supervision.

Mr. Goodloe continues to participate in outpatient substance abuse treatment at Centerstone Mental Health and random drug testing. He has incurred no further positive drug tests since July 16, 2013.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Goodloe remain on supervised release and not incur any future violations. Assistant U.S. Attorney Hal McDonough has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer