UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00084 |
| | ) | JUDGE CAMPBELL |
| WAYNE A. GOODLOE | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 106) alleging violations of Defendant's conditions of Supervised Release. The Court will hold a hearing on the Petitions on October 3, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE