AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

WAYNE A. GOODLOE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:02-00084-02

USM Number: 17799-075

R. David Baker
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __One (1)__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  7051

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Nashville, Tennessee

October 3, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

October 3, 2014
Date

DEFENDANT: WAYNE A. GOODLOE  
CASE NUMBER: 3:02-00084-02  
Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  <u>eighteen (18) months</u>

No period of Supervised Release is imposed.

\_\_\_\_  The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_  The Defendant is remanded to the custody of the United States Marshal.

\_\_\_\_  The Defendant shall surrender to the United States Marshal for this District:

    \_\_\_\_  at _____ p.m. on _____

    \_\_\_\_  as notified by the United States Marshal.

  X   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      X   before 2 p.m. on  <u>November 3, 2014</u>

    \_\_\_\_  as notified by the United States Marshal.

    \_\_\_\_  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____  
a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal